IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT LEE WEATHERED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ. Action No. 3:22-CV-2409-K-BN |
| | § | |
| FAMILY DOLLAR STORES OF TEXAS LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 27, 2023, on Defendant's Motion for Final Summary Judgment (Doc. No. 45), and after considering Plaintiff's Motion for Reconsideration and Objections to Findings, Conclusions, and Recommendation of the United States Magistrate Judge and making a de novo review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made, the Motion to Reconsider is **DENIED** and the objections are **OVERRULED**. The Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

Defendant's Motion for Final Summary Judgment (Doc. No. 45) is **GRANTED**.

**SO ORDERED.**

**Signed December 13th, 2023.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE